# Order

Michigan Supreme Court
Lansing, Michigan

August 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145278

DAVID L. WELLS,

     Plaintiff-Appellant,

v

                                    SC: 145278
                                    CoA: 309061

THUMB CORRECTIONAL FACILITY WARDEN,

     Defendant-Appellee.

_____

     On order of the Chief Justice, plaintiff-appellant having failed to provide to the Court a certified copy of institutional account as required by MCL 600.2963 (1), the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 21, 2012

Clerk

jam